NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**MIRA ADVANCED TECHNOLOGY SYSTEMS, INC.,**
*Plaintiff-Appellant*

**v.**

**GOOGLE LLC,**
*Defendant-Appellee*

_____

2022-2272

_____

Appeal from the United States District Court for the Southern District of New York in No. 1:21-cv-07931-ALC, Judge Andrew L. Carter.

_____

**JUDGMENT**

_____

JUNDONG MA, JDM Patent Law PLLC, Columbia, MD, argued for plaintiff-appellant.

ANDREW V. TRASK, Williams & Connolly LLP, Washington, DC, argued for defendant-appellee.  Also represented by KIMBERLY BROECKER, DEBMALLO SHAYON GHOSH, ADAM HARBER.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, HUGHES and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 6, 2023
Date

Jarrett B. Perlow
Clerk of Court